IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. BAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>PARKE-DAVIS, PFIZER, INC., et al.,<br><br>    Defendants. / | No. C 06-07709 CRB<br><br>**ORDER** |

Plaintiff did not appear for the case management conference held on April 6, 2007 at 8:30 a.m.  Accordingly, plaintiff is ordered to show cause why his action should not be dismissed for a failure to prosecute pursuant to Federal Rule of Civil Procedure 41.  In particular, plaintiff's current counsel of record shall appear in Courtroom 8  at **10:00 a.m. on April 20, 2007.**  Counsel is warned that his failure to appear on April 20 could result in dismissal of his client's action with prejudice.

**IT IS SO ORDERED.**

Dated: April 6, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\7709\ordertoshowcause.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\7709\ordertoshowcause.wpd   2