Edward Philip Savin
Law Offices of Edward Philip Savin
P.O. Box 1164
Santa Rosa, California 95402
Telephone: (707) 578-3197
Cellular: (415) 601-6110
Facsimile: (707) 578-4420
Email: savinlaw@hotmail.com

Attorney for Plaintiff James D. Baker


Steven J. Boranian (SBN 174183)
Alison B. Riddell (SBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: sboranian@reedsmith.com
          ariddell@reedsmith.com

Attorneys for Defendants
Parke-Davis and Pfizer Inc

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>PARKE-DAVIS, PFIZER, INC., and Does 1 through 99, inclusive,<br><br>    Defendants. | No.: C 06-07709 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE** |

1    The parties to this action, through their respective counsel, stipulate and hereby request that
2 the Court enter an order extending the deadline to complete Early Neutral Evaluation by 60 days.
3 The current deadline to complete the Early Neutral Evaluation in this case is July 19, 2007.
4 Granting this stipulated request would extend the deadline to September 19, 2007.  The parties base
5 this stipulation and proposed order on the following:

7    1.    When this Court set the current ADR deadline, Plaintiff James D. Baker was
8 represented by attorney Robert Nellessen.  On April 13, 2007, Mr. Nellessen filed a motion to
9 withdraw as counsel for plaintiff, and this Court granted that motion on April 16, 2007.  After that
10 date, plaintiff acted in pro per.

12    2.    The undersigned attorney, Edward Savin, intends to undertake representation of
13 plaintiff and made an initial appearance for plaintiff at this Court's case management conference on
14 June 29, 2007.

16    3.    In light of the delay resulting from plaintiff's search for substitute counsel, the parties
17 believe that additional time to evaluate the action in advance of Early Neutral Evaluation would be
18 helpful.

20    4.    On July 9, 2007, in a telephone call with Mr. David Levy, the court appointed neutral,
21 Mr. Levy stated that he agreed with the parties' proposal to extend the deadline to complete ENE by
22 60 days.

24    5.    This stipulated extension will not alter any other deadline already fixed by Court
25 order.  The Court has set a hearing date of November 9, 2007 for defendants' anticipated motion for
26 summary judgment.  The Court has not set a trial date.

6. The parties have not previously requested an extension of time, and none has been granted.

DATED: July 09, 2007          LAW OFFICES OF EDWARD SAVIN

                              By _____/s/_____
                                 Edward Savin
                                 Attorney for Plaintiff James D. Baker


DATED:  July 9, 2007          REED SMITH LLP

                              By _____/s/_____
                                 Alison B. Riddell
                                 Attorneys for Defendants
                                 Parke-Davis and Pfizer, Inc.


**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the deadline to complete the Early Neutral Evaluation in this case is extended to September 19, 2007.

Dated:   July 9, 2007

                              _____
                              HONORABLE CHARLES R. BREYER
                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal: United States District Court, Northern District of California)