Edward Philip Savin
Law Offices of Edward Philip Savin
P.O. Box 1164
Santa Rosa, California 95402
Telephone: (707) 578-3197
Cellular: (415) 601-6110
Facsimile: (707) 578-4420
Email: savinlaw@hotmail.com

Attorney for Plaintiff James D. Baker

Steven J. Boranian (SBN 174183)
Alison B. Riddell (SBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: sboranian@reedsmith.com
       ariddell@reedsmith.com

Attorneys for Defendants
Parke-Davis and Pfizer Inc

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. BAKER<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARKE-DAVIS, PFIZER, INC., and Does 1 through 99, inclusive,<br><br>　　　　Defendants. | No.: C 06-07709 CRB<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

1  It is hereby stipulated by and between the parties, by and through their undersigned attorneys,
2  that pursuant to Fed. R. Civ. P. 41(a)(1)(ii) Plaintiff's Complaint shall be dismissed with prejudice on
3  the merits. Each party shall bear its own costs, fees and expenses, including attorneys' fees, in
4  connection with this voluntary dismissal. Judgment of dismissal with prejudice may be entered
5  hereon pursuant hereto without further notice.

7  DATED: August 13, 2007        LAW OFFICES OF EDWARD SAVIN

                                 By _Edward Savin_____
                                    Edward Savin
                                    Attorney for Plaintiff James D. Baker

13 DATED: August 13, 2007        REED SMITH LLP

                                 By _____
                                    Alison B. Riddell
                                    Attorneys for Defendants
                                    Parke-Davis and Pfizer Inc

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 08/16/07

                                 HONORABLE CHARLES R. BREYER
                                 UNITED STATES DISTRICT JUDGE

*(Seal: United States District Court, Northern District of California — Judge Charles R. Breyer)*